FILED
GREAT FALLS DIV.

'06 FEB 6 AM 11 36

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### GREAT FALLS DIVISION

LEVI DANIELS,

               Plaintiff,

vs.

MR. MacDONALD; MR. LAW; MS.
LAMEY; MR. VARNUM; MS. STUART;
MS. VANTINE; MS. RYAN; MS. BAIR;
MS. CHRISTAENS; MR. VOLLRATH; MR.
GOLDSMITH; and MR. KILLIAN,

               Defendants.

No. CV 05-121-GF-SEH

**ORDER**

On January 5, 2006, United States Magistrate Judge Carolyn S. Ostby entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Ostby's Findings and Recommendation for clear error.

---

[1]Docket No. 4.

-1-

Judge Ostby found that Plaintiff failed to exhaust his administrative remedies prior to filing this lawsuit. Judge Ostby recommended that the Complaint be dismissed without prejudice. I see no clear error in Judge Ostby's Findings and Recommendation. I, therefore, adopt Judge Ostby's Findings and Recommendation in full.

ORDERED:

The Complaint is DISMISSED without prejudice.

DATED this _____ day of February, 2006.

SAM E. HADDON
United States District Judge

-2-